John R. Larson, Esq. (SBN 271241)
LAW OFFICE OF JOHN R. LARSON
1655 N Main St., Suite 260
Walnut Creek, CA 94596
Telephone: (925) 389-3198
Facsimile: (925) 405-3739

Attorneys for HILL DESIGN GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| HILL DESIGN GROUP,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**Spring Wang** (aka Wang Chun Yueh Lo, Wang Lo Chun Yueh, Lo Chun Yueh Chun Yueh Lo, Lo Chun Yoeh, Wang Chun Yoeh Lo, Chun Yoeh Lo, Wang Lo Chun Yoeh); **Michael Wang** (aka Michael Teng-yi Wang, Wang Teng-yi, Wang T.Y.); **Mia Wang** (aka Mia Hyon Chong Kim); **Shen-Tai Industry Co. Ltd**. (d.b.a. Shen Tai Group, Shen-Tai, Shen-Tai Industries Co. Ltd., Shen-Tai Industries Co., San Sky Group, San Sky, San Sky Industrial Co., San Sky Industry Co. Ltd., SanSky Industrial Ltd., She-Li, Shen Li Co. Ltd., Styling Plastic Industry Co. Ltd., Styling Plastic Co. Ltd., Styling Industrial Co. Ltd., Styling Industry Co. Ltd., Shenta Industrial S.A., Shen-He, Shenhe Luggage Co. Ltd., Room Store) and DOES 1 to 500<br><br>　　　　　Defendant. | **Case No:** CV-04-00521-JF<br><br>ORDER GRANTING APPLICATION FOR RENEWAL OF JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, Hill Design Group's applies for Renewal of Judgment entered March 7, 2007 against

1

1 | Defendants Spring Wang, Michael Wang, Mia Wang, and Sen-Tai Industry Co. Ltd. In the
2 | amount of $49,390,410.00. Plaintiff indicates that over the last nine years and more, Plaintiff has
3 | attempted to locate Defendants and each of them to enforce the judgment, but Plaintiff has been
4 | unsuccessful.

5 | The law of the forum state controls the time limits applicable to the enforcement of the
6 | judgment. Fed. R. Civ. P. 69(a)(1); Espanol v. Tookes, 2010 WL 582145, *1 (N.D. Cal.). The law
7 | of California, the forum state, provides that a money judgment may not be enforced after the
8 | expiration of ten years following the date of entry of judgment, Cal. Civ. Proc. §683.120(a), (b).
9 | However a judgment may be renewed for a period of ten years if the renewal is filed before the
10 | expiration of the judgment. Cal. Civ. Proc. §§683.120(a), (b); 683.130(a). Filing an application
11 | for renewal automatically renews the judgment. Cal. Civ. Proc. Code §683.150(a).

12 | For good cause appearing, the Court hereby grants Plaintiff Hill Design Group's Application
13 | for Renewal of Judgment against Defendants Spring Wang, Michael Wang, Mia Wang, and Shen-
14 | Tai Industry Co. Ltd. in the amount of $49,390,410.00, with interest thereon, accruing from
15 | March 7, 2007 as provided by 28 U.S.C. §1961, plus Plaintiff's costs of suit. The Clerk shall
16 | enter a separate renewed judgment.

17 | The Application was timely filed on March 1, 2017 and therefore is GRANTED nunc pro tunc
18 | to March 1, 2017.
19 | IT IS SO ORDERED.

21 | Dated:  March 29, 2017

_____
BETH LABSON FREEMAN
United States District Judge